IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER VASSER,
    Plaintiff,

vs.                                                        Case No.:   3:19cv5091/LAC/EMT

SERGEANT R. WRIGHT, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On January 30, 2020, the court issued an order directing Plaintiff to file an amended complaint within thirty (30) days (ECF No. 5). The order was returned to the court as undeliverable, because Plaintiff had been released from the Santa Rosa County Jail (his address of record) (*see* ECF No. 7). The clerk of court obtained Plaintiff's release address from the Jail's public website and re-sent a copy of the order to Plaintiff at that address (*see id.*).

Plaintiff failed to file an amended complaint by the deadline; therefore, on March 20, 2020, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 9). The court directed the clerk of court to send copies of the show cause order to the Jail and Plaintiff's release address (*see id.*).

Both copies were returned as undeliverable (*see* ECF Nos. 10, 11). As of the date of this Report and Recommendation, Plaintiff has not filed an amended complaint, or explained his failure to do so. Additionally Plaintiff has failed to keep the court apprised of his current address.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 19th day of May 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.