IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER VASSER,
    Plaintiff,

vs.                                               Case No.:  3:19cv5091/LAC/EMT

SERGEANT R. WRIGHT, et al.,
    Defendants.
_____/

# **O R D E R**

The Chief Magistrate Judge issued a Report and Recommendation on May 19, 2020 (ECF No. 12).  Efforts have been made to furnish Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  All mail has been returned as undeliverable.  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 12) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 23rd day of June, 2020.

    s/*L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**